No. 97–1039. MERRITT ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1041. SMITH ET VIR *v.* MARYLAND NATIONAL CAPITAL PARK AND PLANNING COMMISSION ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 97–1128. AMERICA WEST AIRLINES, INC. *v.* NATIONAL MEDIATION BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1149. NATIONAL SHIPPING COMPANY OF SAUDI ARABIA *v.* MORAN TRADE CORPORATION OF DELAWARE ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1171. ODDINO *v.* ODDINO ET AL. Sup. Ct. Cal. Certiorari denied.

No. 97–1173. BATES ET AL. *v.* JONES, SECRETARY OF STATE OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1175. ENTERTAINMENT RESEARCH GROUP, INC. *v.* GENESIS CREATIVE GROUP, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1183. DOVE VALLEY BUSINESS PARK ASSOCIATES, LTD., ET AL. *v.* BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, COLORADO, ET AL. Sup. Ct. Colo. Certiorari denied.

No. 97–1188. ELLIOTT ET AL. *v.* UNITED CENTER, A JOINT VENTURE FKA METRO-CHICAGO SPORTS STADIUM JOINT VENTURE. C. A. 7th Cir. Certiorari denied.

No. 97–1189. SMANIA *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 97–1190. YOSHISATO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–1196. BURGESS *v.* LOGAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1200. WHERRY *v.* IOWA SUPREME COURT BOARD OF PROFESSIONAL ETHICS AND CONDUCT. Sup. Ct. Iowa. Certiorari denied.